AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

THE PERSON OF KENNETH CURRIN SCHUCHMAN,
AS FURTHER DESCRIBED IN ATTACHMENT A

)
)
)   Case No. MJ18-5187
)
)
)

FILED ___ LODGED ___
AUG 09 2018
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Washington_____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____Aug. 3, 2018_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____any U.S. Magistrate Judge in this District_____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __7/27/18  2:15p__

Judge's signature

City and state: __Tacoma, Washington__

J. Richard Creatura, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

Case No.: MJ 18-5187
Date and time warrant executed: 7/31/2018 1:20 AM
Copy of warrant and inventory left with: Kenneth Schuchman

Inventory made in the presence of: Kenneth Schuchman

Inventory of the property taken and name of any person(s) seized:

Kenneth Schuchman
1) Alienware (Dell) Laptop  DWWKVP2
2) Samsung Galaxy S9 Plus  R28K40PH
3) Toshiba Hard Drive  Y3DCW320T

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/2/2018

Executing officer's signature

Elliott Peterson, Special Agent, FBI
Printed name and title

RC VA  JMR  8/9/18